469 A.2d 281

Lake Latonka Water, Appellant v. Morrison.

Lake Latonka Water, Appellant v. Benes, et ux.

▮▮▮ Argued May 25, 1983. Gary L. Farren, for appellant; W. Dill, for appellees.

Before CAVANAUGH, ROWLEY and CIRILLO, JJ.

Order affirmed.